# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

James Thomas White,   Civil No. 14-cv-0240 (MJD/TNL)

       Plaintiff,

v.   **ORDER**

Carolyn W. Colvin,
*Commissioner of the Social Security Administration (Acting)*
       Defendant.

---

Kari J. Barber, Hoglund, Chwialkowski & Mrozik, PLLC, Post Office Box 130938, 1781 West County Road B, Roseville, MN 55113 (for Plaintiff ); and

Pamela Marentette, Assistant United States Attorney, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Defedant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 6, 2015 [Docket No. 16], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 10] is **DENIED.**

2. Defendant's Motion for Summary Judgment [Docket No. 13] is **GRANTED.**

3. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  February 24, 2015    s/Michael J. Davis
                                                           The Honorable Michael J. Davis
                                                           Chief United States District Court Judge
                                                           for the District of Minnesota